# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL NO. 1:06CR30

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | **O R D E R** |
| ) | |
| BILLY JOE SANDERS ) | |
| TAMMIE RAINES SANDERS ) | |

**THIS MATTER** is before the Court *sua sponte*.

By Order filed June 19, 2006, counsel for the Defendants was directed to file consents on or before July 7, 2006, signed by each Defendant, acknowledging that counsel's representation of both Defendants may involve a potential conflict of their interests, and given such, each Defendant consented to counsel's continued representation of both Defendants. No such consents have been filed.

**IT IS, THEREFORE, ORDERED** that this matter be scheduled for a status of counsel hearing before the Magistrate Judge forthwith. If no consent forms are received prior to the hearing or presented by counsel at the hearing, the Magistrate Judge shall make appropriate inquiry of each

Defendant and whether or not refund of counsel's retainer is warranted in order for Defendant to obtain substitute counsel.

Signed: July 11, 2006

Lacy H. Thornburg
United States District Judge