# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO. 1:06CR30 |
| ) | |
| v. ) | |
| ) | |
| 1) BILLY JOE SANDERS ) | |
| 2) TAMMIE RAINES SANDERS ) | |
| _____) | |

## FINAL ORDER OF FORFEITURE

**THIS MATTER** is before the Court on the Government's motion for a final order of forfeiture. No response has been filed by the Defendants.

On October 18, 2006, this Court entered a Preliminary Order of Forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b), based upon the defendants' pleas of guilty to Count One in the Bill of Indictment. In that Count, the defendants were charged with conspiracy to possess with intent to distribute methamphetamine in violation of 21 U.S.C. § 846.

On February 12, 2007, the United States published in the *McDowell News*, a newspaper of general circulation, notice of this forfeiture and of the intent of the government to dispose of the forfeited property in accordance with law, and further notifying all third parties of their right to petition the Court within thirty days for a hearing to adjudicate the validity of any alleged legal interest in the property. It appears from the record that no such claims have been filed.

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**.

**IT IS FURTHER ORDERED THAT:**

In accordance with Rule 32.2(c)(2), the Preliminary Order of Forfeiture is confirmed as

final. All right, title, and interest in the following property, whether real, personal, or mixed, has therefore been forfeited to the United States for disposition according to law:

**Real property located at 26 Hogan Drive, Old Fort, McDowell County, North Carolina, and described in a Deed at Book 647, Page 93, of the McDowell County, North Carolina, Public Registry**.

Signed: September 11, 2007

Lacy H. Thornburg
United States District Judge